JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, et al.,

Plaintiffs,

v.

NORCAL GRADING, INC.,

Defendant.

Case No. EDCV 13-0854 JGB(OPx)

**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that default judgment is entered in favor of Plaintiffs. Plaintiffs are awarded monetary judgment in the amount of $108,711.95, constituting (1) $76,975.90 in unpaid contributions; (2) $2,575.83 in prejudgment interest; (3) $7,705.52 in liquidated damages; (4) $350.00 in audit fees; (5) $20,297.50 in attorneys' fees; (6) $807.20 in costs; and (7) post-judgment interest as

determined by 28 U.S.C. § 1961. The Court orders that such judgment be entered.

Dated: August 16, 2013

JESUS G. BERNAL
United States District Judge