JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>NORCAL GRADING, INC.,<br><br>   Defendant. | Case No.<br>EDCV 13-0854 JGB(OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

  Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that default judgment is entered in favor of Plaintiffs. Plaintiffs are awarded monetary judgment in the amount of $108,711.95, constituting (1) $76,975.90 in unpaid contributions; (2) $2,575.83 in prejudgment interest; (3) $7,705.52 in liquidated damages; (4) $350.00 in audit fees; (5) $20,297.50 in attorneys' fees; (6) $807.20 in costs; and (7) post-judgment interest as

1  determined by 28 U.S.C. § 1961.  The Court orders that
2  such judgment be entered.
3
4
5  Dated:  August 16, 2013            _____
                                           JESUS G. BERNAL
6                                    United States District Judge